**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>　　　　Defendant. | Civil Action No. 25-0818 (CKK) |

**ORDER**
(May 6, 2025)

This Freedom of Information Act ("FOIA") case comes before the Court upon the filing of the Defendant's [9] Answer to the Plaintiff's [1] Complaint. Upon consideration of this filing, it is hereby **ORDERED** that the parties shall **MEET AND CONFER** and file a Joint Status Report proposing a schedule for further proceedings in this matter. This report should address the status of the Plaintiff's FOIA request, the anticipated number of documents responsive to the Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by the Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether the parties expect that a *Vaughn* index will be required, and any other matters necessary to bring to the Court's attention. The parties shall file this report on or before **May 30, 2025**.

　　　**SO ORDERED.**



　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　United States District Judge