UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-0818 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of May 30, 2025, Plaintiff National Student Legal Defense Network and Defendant U.S. Department of Education ("DOE"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request dated January 24, 2025.

2. DOE has issued a final response to this request, producing 131 pages on June 6, 2025. Some material in the production has been withheld based on FOIA exemptions 5 and 6. 5 U.S.C. § 552(b)(5)–(6).

3. Plaintiff made inquiries to DOE about elements of the search and production, to which DOE has responded. In that exchange, DOE agreed to provide a draft *Vaughn* index to Plaintiff and expects to do so by July 31, 2025. If necessary, Plaintiff and DOE will confer about any remaining issues after the draft *Vaughn* index is made available.

4. Based on the above, the parties propose that they file a further status report on August 20, 2025.

Dated: July 17, 2025					Respectfully submitted,

By: */s/ Tyler Ritchie*
Tyler Ritchie
D.C. Bar # 90018119
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
tyler@defendstudents.org

*Counsel for Plaintiff*

		AND

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*

2