UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 25-0818 (CKK) |
| U.S. DEPARTMENT OF EDUCATION, | ) ) | |
| Defendant. | ) ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of July 18, 2025, Plaintiff National Student Legal Defense Network ("Student Defense") and Defendant U.S. Department of Education ("DOE"), by and through undersigned counsel, report to the Court as follows.

1.      This action involves a Freedom of Information Act ("FOIA") request dated January 24, 2025.

2.      DOE has issued a final response to this request, producing 131 pages on June 6, 2025. Some material in the production has been withheld based on FOIA exemptions 5 and 6. 5 U.S.C. § 552(b)(5)–(6).

3.      DOE produced a draft *Vaughn* index on July 30, 2025, noting that it remained subject to revision in the event summary judgment motions are necessary. Student Defense continues to review the production and the index.

4.      Based on the above, and pursuant to the Court's July 18, 2025 order, the parties will file a further status report in thirty days, on September 19, 2025.

Dated: August 20, 2025

Respectfully submitted,

By: */s/ Tyler Ritchie*
Tyler Ritchie
D.C. Bar # 90018119
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
tyler@defendstudents.org

*Counsel for Plaintiff*

        AND

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*