UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-0818 (CKK) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

Dated September 15, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Tyler Ritchie
Tyler Ritchie (D.C. Bar 90018119)
National Student Legal Defense Network
1701 Rhode Island Ave. NW
Washington D.C. 20036
tyler@defendstudents.org
(202) 734-7495

*Counsel for the Plaintiff*

By: /s/ Jeremy S. Simon
Jeremy S. Simon (D.C. Bar # 447956)
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2528
Email: jeremy.simon@usdoj.gov

*Attorney for the United States of America*